**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.

HARRY NEAL WINDLE,
and
TIMOTHY PAUL McKEE, SR.
_____/

1:06CR17 SPM/AK

**MOTION REQUESTING AN ORDER**
**SEALING THE INDICTMENT**

The United State of America requests this Court to issue an Order sealing the indictment

returned by the grand jury in this case, and in support of this motion states as follows:

1.      The defendants have not been arrested as a result of the activities alleged in the

indictment.  The current whereabouts of the defendants are unknown and the public revelation of

the indictment could severely hamper law enforcement's ability to locate and apprehend the

defendants to answer the charges.

2.      The United States further moves the Court that the indictment in this case shall

remain **sealed** until further written Order of this Court, except that the Clerk's Office shall

provide two certified copies of the indictment to the United States Attorney for the Northern

District of Florida, two certified copies to the United States Marshal for the Northern District of

Florida, and one certified copy to the United States Probation Office for the Northern District of

Florida.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE

06 MAY 23  PM 2: 35

FILED

WHEREFORE, in order to arrest the defendant(s) before the indictment is made available

to the public, it is respectfully requested that the Court order the sealing of the indictment

returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

Gregory P. McMahon
Assistant United States Attorney
Florida Bar No.178110
300 East University Avenue,
Gainesville, Florida 32601
(352) 378-0996

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 23 day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE