IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 1:06cr17-SPM/AK

HARRY NEAL WINDLE,

    Defendant.
_____/

## ORDER DENYING REQUEST FOR DISCOVERY

This cause comes before the Court on the Request for Discovery (doc. 12) filed by Defendant Harry Neal Windle.  "Discovery requests made pursuant to Fed.R.Crim.P. 16 . . . require no action on the part of this court and should not be filed with the court, unless the party making the request desires to preserve a discovery matter for appeal."  N.D. Fla. Loc. R. 26.3(G)(4).  Accordingly, it is

ORDERED AND ADJUDGED that the Request for Discovery (doc. 12) is denied.

DONE AND ORDERED this 6th day of June, 2006.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge