IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:06cr17-SPM

HARRY NEAL WINDLE and
TIMOTHY PAUL McKEE, SR.,

        Defendants.
_____/

## ORDER ON SCHEDULING CONFLICT AND PRETRIAL SUBMISSIONS

This cause comes before the Court on Defendant Harry Neal Windle's Notice of Scheduling Conflict (doc. 45). The Court will accommodate defense counsel and avoid the conflict by not holding proceedings in this case on Tuesday, January 9, 2007. By 5:00 p.m. on January 3, 2007, counsel shall submit witness lists, summaries, and time estimates, along with proposed jury instructions and a verdict form, in accordance with paragraphs H and I of the Order Setting Trial and Other Pre-Trial Matters (doc. 11).

DONE AND ORDERED this 3rd day of January, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge