IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO.: 1:06cr17-SPM

HARRY NEAL WINDLE,

    Defendant.
_____/

## ORDER EXTENDING DATE FOR SELF-SURRENDER

This cause comes before the Court on Defendant's Motion for Delaying Surrender (doc. 107) and the Government's response in opposition (doc. 108). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Defendant's motion (doc. 107) is granted.

2. Defendant shall have up to and including 12:00 Noon on Thursday, June 21, 2007, to self-surrender to the United States Marshal's office in Gainesville, Florida, or to the institution designated by the Bureau of Prisons.

DONE AND ORDERED this 6th day of June, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge