IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO: 1:06cr17-SPM/AK

HARRY NEAL WINDLE,

    Defendant.

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the court on the Motion of the United States of America for a Final Order of Forfeiture.  Being fully advised in the premises, the Court finds as follows:

WHEREAS, on April 11, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property.

    A.    **2001 Ford F-250 Diesel Pick-up Truck, VIN #1FTNX21F81EB84026;**

    B.    **2003 Harley Davidson Electra Glide Classic Motorcycle, VIN #1HD1FFW1X3Y641389**

pursuant to the provisions of 21 U.S.C. § 853, based upon the Forfeiture Count of the Indictment; and

WHEREAS, on May 6, 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition setting forth their interest in said property, and

WHEREAS, no persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this 13th day of July, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge