IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 1:06cr17-SPM

HARRY NEAL WINDLE,

     Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

This cause comes before the Court on Defendant's Amended Motion for Early Termination or in the Alternative for Prior Authorization for Travel (doc. 168), the Government's objection (doc. 169), and Defendant's letter (doc. 170).

Defendant has been on supervised release for approximately two and one half years, during which time he has complied with all conditions. Defendant is a productive citizen, who contributes to the well-being of the community through his business and church activities. Defendant reports that he is no longer using marijuana and he is engaged to be married.

Defendant has already been adequately punished for his crime. He needs no further correctional treatment and continued supervision is not necessary to protect the public from further crimes of the Defendant. The Court finds that early termination is warranted by the conduct of Defendant and in the interest of

justice.  18 U.S.C. § 3583(e)(1); Fed. R. Crim. P. 32.1(c)(2)(B).  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 168) is granted.  Defendant's term of supervised release is terminated.

DONE AND ORDERED this 12th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:06cr17-SPM